# DECLARATION OF JUDITH BROWN CHOMSKY
## IN SUPPORT OF PETITION FOR A WRIT OF HABEAS CORPUS

I, Judith Brown Chomsky, declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am one of the counsel of Hussain Salem Mohammed Almerfedi, Petitioner in the above captioned matter. I am cooperating attorney with the Center for Constitutional Rights.

2. Exhibit 1 to this Declaration is a true and correct copy of a letter from Salem Mohammed Salem Abdulla Almerfedi, father of Petitioner Hussain Salem Mohammed Almerfedi, seeking legal assistance on behalf of his son.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2005.

Judith Brown Chomsky

05 1645

FILED

AUG 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# EXHIBIT 1

## TO THE DECLARATION OF JUDITH BROWN CHOMSKY

Clive A. Stafford Smith
Soros Senior Fellow
Justice in Exile
636 Baronne Street,
New Orleans, La. 70113 USA

Subject: Defence of my Son Hussain Salem
Mohammed Almerfedi Detainee
In Guantanamo

I am writing this letter to you in the hope that you will assist my son and defend him because he is innocent from any charge, and he has no criminal records, or any crime against him. He has no role in Al Aqadah. He was misled. He entered Afghanistan for the first time only two days before 11th September events. These problems took place in the whole world. I repeat that my son was misled, So I request you to defend him.

We knew about your arrival in Yemen only recently through the International Red Cross in Yemen. It gave us your address so that we can write to you. Now we are most hopeful that you will assist us and return my son.
Please reply to us as soon as possible so that we can know the procedures needed from you. And what are the procedures needed from us so that we can send to you power of attorney to defend him.

Thank you
Salem Mohammed Salem Abdulla Almerfedi
Yemen, Aden, Khormaksar Hai Assalam,
Dubei Line
Mobile: 73503379

05 1645

FILED

AUG 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAR 2 3 2005
BY:



