**CERTIFICATE OF SERVICE**

       I hereby certify that on August 22, 2005, I, as one of the attorneys in this case, caused the service of a true copy of *Respondents' Memorandum Opposition to Petitioners' Motion for Preliminary Injunction Requiring Advance Notice of Transfer or Release* and *Respondents' Objection to Petitioners' Related Case Designation* by first class mail and fax (215-782-8368) upon all counsel identified below.

                              Judith Brown Chomsky, Esq.
                       Law Offices of Judith Brown Chomsky
                                Post Office Box 29726
                                Elkins Park, PA 19027


DATED: August 22, 2005                /S/ Robert J. Katerberg
                                                       ROBERT J. KATERBERG
                                                       United States Department of Justice
                                                       Civil Division, Federal Programs Branch
                                                       20 Massachusetts Ave., N.W., Room 6112
                                                       Washington, DC  20530
                                                       Tel.: (202) 616-8298
                                                       Fax: (202) 616-8460
                                                       e-mail: robert.katerberg@usdoj.gov

                                                       Attorney for Respondents