## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2005, I, as one of the attorneys in this case, caused the service of a true copy of:

1) Petitioners' Reply Brief in Support of Motion for an Order Requiring Advance Notice of Any Repatriations or Transfers from Guantanamo;

2) Declaration of Judith Brown Chomsky in Petitioners' Reply Brief in Support of Motion for an Order Requiring Advance Notice of Any Repatriations or Transfers from Guantanamo;

3) Motion for Order to Show Cause; and,

4) Proposed Order to Show Cause

to be filed electronically through the Electronic Case Filing System of the United States District Court for the District of Columbia, upon the counsel listed below:

>Robert J. Katerberg, Attorney for Respondents
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 6112
>Washington, DC 20530
>Tel.: (202) 616-8298
>Fax: (202) 616-8460
>e-mail: robert.katerberg@usdoj.gov

Dated: August 30, 2005

>/s/
>Judith Brown Chomsky, Esq. (PA21537)
>LAW OFFICES OF JUDITH BROWN CHOMSKY
>Post Office Box 29726
>Elkins Park, PA 19027
>Telephone: (215) 782-8367
>Facsimile: (215) 782-8368