IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUSSAIN SALEM MOHAMMED ALMERFEDI, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1645 (PLF) |
| WALEED SAEED BN SAEED ZAID, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1646 (PLF) |

## MOTION FOR ORDER TO SHOW CAUSE

Petitioner Hussain Salem Mohammed Almerfedi moves this Court to order Defendants to show cause as to the basis of Petitioner's detention and to grant a hearing on the matter.

Petitioner Hussain Salem Mohammed Almerfedi petitioned this Court to grant him a writ of habeas corpus on August 11, 2005. Upon information and belief, Defendants, despite having detained the Petitioner for upwards of three years, have yet to

1

present any evidence of the factual basis for their continued detention of him. *See* Hussain Salem Mohammed Almerfedi's Petition for Writ of Habeas Corpus (Aug. 11, 2005). Petitioner now asks this Court to compel the Defendants to present a factual return within three days elaborating the "true cause" of their basis for his confinement as well as the specific reasons why the writ should not be granted. Petitioner also asks this Court to subsequently grant a hearing on the matter, pursuant to 28 USC § 2243.

## MEMORANDUM OF LAW

A court entertaining an application for a writ of habeas corpus shall issue an order directing the respondent, custodian of the detainee, to show cause why the writ should not be granted. 28 USC § 2243. The respondent custodian shall, within three days of the court's order, make a return certifying the true cause of the detention, and a day shall be set for a hearing to determine the factual basis for the petitioner's detention.. Id.

This Court has previously ordered Respondents to file factual returns in the habeas cases of similarly situated Guantánamo prisoners. *Kurnaz v. Bush*, 04-CV-1135 (ESH), 2005 WL 839542, at *1 (D.D.C. Apr. 12, 2005) (stating that habeas counsel require access to the full factual returns now "to ensure that the proceedings can continue in an orderly fashion"); *Al-Adahi v. Bush*, 05-CV-280 (GK), slip op. at 2 & n.1 (D.D.C. Apr. 29, 2005) (ordering production of factual returns so petitioners' counsel "can begin preparing their defense"); *Al-Anazi v. Bush*, 05-CV-0345 (JDB), slip op. at 20 (D.D.C. Apr. 21, 2005) (staying proceedings but ordering Government to produce factual returns, noting that "the factual returns appear necessary for petitioners' counsel effectively to represent petitioners," and that "even initial conversations by counsel with their clients may be very difficult without access to that basic factual information"); *Tumani v. Bush*,

05-CV-0526 (RMU), slip op. at 2 (D.D.C. Apr. 19, 2005) ("[P]etitioners' counsel should be able to review the returns now so that they can develop their case and prepare for any consultation with their clients."); see also *Al-Shamri v. Bush*, 05-CV-551 (RWR), slip op. at 4 (D.D.C. May 10, 2005) (staying proceedings but ordering the Government to produce factual returns); *El-Banna v. Bush*, 04-CV-1144 (RWR), slip op. at 7 (D.D.C. Apr. 8, 2005) (same); *Al-Oshan v. Bush*, 05-CV-0520 (RMU), slip op. at 2 (D.D.C. Apr. 7, 2005) (same); *Er-rachidi v. Bush*, No. 05-CV-00640 (EGS) (D.D.C. Apr. 21, 2005) (minute order) (same).

## PRAYER FOR RELIEF

WHEREFORE, Petitioner humbly requests that this Court: 1) order the Defendants to show cause, within three days, as to why the Petitioner's writ of habeas corpus should not be granted, and 2) grant a hearing on this matter in conformity with § 2243.

Dated:    August 30, 2005                Respectfully submitted,

Counsel for Petitioners:

/s/ _____

Judith Brown Chomsky, Esq. (PA21537)
LAW OFFICES OF JUDITH BROWN CHOMSKY
Post Office Box 29726
Elkins Park, PA 19027
Telephone: (215) 782-8367
Facsimile: (215) 782-8368