IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUSSAIN SALEM MOHAMMED ALMERFEDI, et al., <br><br>Petitioners, <br><br>v. <br><br>GEORGE W. BUSH, et al., <br><br>Respondents. | Civil Action No. 05-1645 (PLF) |
| WALEED SAEED BN SAEED ZAID, et al., <br><br>Petitioners, <br><br>v. <br><br>GEORGE W. BUSH, et al., <br><br>Respondents. | Civil Action No. 05-1646 (PLF) |

**[PROPOSED] ORDER REQUIRING RESPONDENTS TO SHOW CAUSE AS TO THE BASIS OF PETITIONER'S DETENTION**

The Court, having considered the Petitioner's Motion for Order to Show Cause, holds that:

IT IS HEREBY ORDERED that the Motion is granted; and

1

IT IS FURTHER ORDERED that Defendants, within three (3) days of this Order, show cause as to why the Petitioner's writ of habeas corpus should not be granted; and

IT IS FURTHER ORDERED that this court shall hear, on the date of _____, arguments regarding the factual basis of the Petitioner's detention.

Dated: _____

_____
United States District Judge