IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HUSSAIN SALEM MOHAMMED ALMERFEDI, *et al.*,<br><br>　　　Petitioners,<br><br>　　　v.<br><br>GEORGE W. BUSH,<br>　President of the United States,<br>　*et al.*,<br><br>　　　Respondents. | Civil Action No. 05-CV-1645 (PLF) |

**(PROPOSED) ORDER**

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination, the oppositions filed thereto, and any reply, as well as the entire record in this case, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that the above-captioned case is stayed pending resolution of all appeals in Khalid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005). It is further

ORDERED that petitioners' motion for order to show cause is DENIED.

IT IS SO ORDERED.

DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge