UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUSSAIN SALEM MOHAMMED ALMERFEDI,           )<br>                                                                              )<br>                    Petitioner,                                       )<br>                                                                              )<br>             v.                                                             )         Civil Action No. 05-1645 (PLF)<br>                                                                              )<br>GEORGE W. BUSH, et al.,                                 )<br>                                                                              )<br>                    Respondents.                                  )<br>                                                                              ) | |

ORDER

This matter is before the Court on petitioner's motion for a preliminary injunction enjoining respondents from removing him from the Guantánamo Bay Naval Base and rendering him to the custody of a foreign country without 30 days' advance notice to petitioner's counsel and leave of court.  Upon consideration of the arguments of the parties, and in view of the Opinion and Order issued by Judge Henry Kennedy in Abdah v. Bush, Civil No. 04-1254 (D.D.C. Mar. 29, 2005), granting a substantially identical motion for preliminary injunction filed by petitioners in that case and the Memorandum Order issued by Judge Urbina in Al-Oshan, et al. v. Bush, Civil No. 05-0520 (D.D.C. Mar. 31, 2005), ordering the government to give petitioners' counsel 30 days' advance notice before removing petitioners from Guantánamo Bay, it is hereby

ORDERED that the respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not remove petitioner from the Guantánamo Bay Naval Base unless this court and counsel for petitioners receive thirty days'

advance notice of such removal; and it is

FURTHER ORDERED that in light of this order, [2] petitioners' motion for preliminary injunction is DENIED as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 23, 2005