IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUSSAIN SALEM MOHAMMED ALMERFEDI, et al.<br><br>          Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH,<br><br><br>          Respondent. | NOTICE OF FILING<br><br><br><br><br><br>No. 05-cv-1645 (PLF) |

  Notice is hereby given that on May 3, 2007, pursuant to the Protective Order applicable in this case, Petitioner submitted to the Court Security Officer a copy of Petitioner's Opposition to Respondent's Motion to Dismiss.

  Dated this 3rd day of May, 2007.

                /s/
                Judith Brown Chomsky
                LAW OFFICE OF JUDITH BROWN CHOMSKY
                P.O. Box 29726
                Elkins Park, PA 19027
                Tel: (215) 782-8367
                Fax: (215) 782-8368
                Email: jchomsky@igc.org
                Attorney for Petitioner