IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HUSTAIN SALEM MOHAMMED ALMERFEDI, et al.,**  Petitioners,  v.  **GEORGE W. BUSH, et al.,**  Respondents. | No. 05-cv-1645 (PLF)  **NOTICE OF FILING OF PETITION IN THE COURT OF APPEALS UNDER THE DETAINEE TREATMENT ACT** |

On May 10, 2007, Petitioner filed, in the United States Court of Appeals for the District of Columbia Circuit, a Petition under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, §§ 1001-1006, 119 Stat. 2680, 2739-45 (Dec. 30, 2005). The Petition was filed with the Court Security Officer pursuant to the Protective Order applicable in this case.

Dated: May 14, 2007

Respectfully submitted,

/s/

Judith Brown Chomsky
Law Offices of Judith Brown Chomsky
P.O. Box 29726
Elkins Park, PA 19027
Phone: (215) 782-8367
Fax: (215) 782-8368
Email: jchomsky@igc.org