IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUSSAIN SALEM MOHAMMED ALMERFEDI** *Petitioner,* v. **GEORGE W. BUSH,** *et al.,* *Respondents.* | Case No. 1:05-CV-1645 (PLF) |

PETITIONER'S MOTION TO LIFT STAY
AND TO SCHEDULE AN IMMEDIATE STATUS CONFERENCE

Petitioner respectfully moves this Court to lift the stay entered in this matter and to set this matter down for an immediate status conference.

This matter has been stayed on Respondents' motion since July 27, 2007, pending the outcome of *Boumediene v. Bush* by the Supreme Court. On June 12, 2008, the Supreme Court handed down its opinion in that case, ruling that prisoners at Guantanamo have habeas corpus rights protected under the U.S. Constitution; that the review procedures of the Detainee Treatment Act are not an adequate substitute for habeas corpus; and that the Military Commissions Act, insofar as it purports to strip the courts of habeas corpus jurisdiction, is unconstitutional. The Court stated that it was now up to the trial courts to resolve questions regarding "the legality of . . . detention" of Guantanamo detainees, Slip op. at 2, emphasizing, "The detainees in these cases are entitled to a *prompt* habeas corpus hearing." Slip op. at 66 (emphasis added). Since the basis for the stay no longer exists, it now must be vacated forthwith.

The Court should also set this matter down for an immediate status conference to consider, among other matters, a schedule for the prompt resolution of Petitioner's claims. Petitioner has been incarcerated at Guantanamo since May, 2003, i.e., for more than five years. He has been awaiting a hearing on his habeas corpus petition since it was filed in the summer of 2005, almost three years ago. Taking to heart Justice Kennedy's injunction that detainees in Petitioners' circumstances are entitled to a "prompt" hearing, there is every reason to hold a status conference and establish a schedule for resolution of this matter at the earliest possible time.

Dated: June 16, 2008

                         Respectfully submitted,

                         _____/s/_____

Judith Brown Chomsky
Law Office of Judith Brown Chomsky
8120 New Second St.
Elkins Park, PA 19027
(215) 782-8367
(215) 782-8368 (fax)
jchomsky@igc.org