IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUSSAIN SALEM MOHAMMED ALMERFEDI,**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>*Respondents.* | Case No. 1:05-CV-1645(PLF) |

## ORDER

This matter comes before the Court on Petitioner's motion to lift the stay in this matter and to schedule an immediate status conference. The Court has considered the papers submitted in support of and in opposition to such motion, and is otherwise duly advised of the premises. It is now, therefore, upon consideration,

ORDERED, that Petitioner's motion is hereby GRANTED; and it is further

ORDERED, that the stay in this matter is hereby lifted; and it is further

ORDERED, that this matter is set down for a status conference on _____, 2008, at \_\_\_ [a.m.] [p.m.] in Courtroom \_\_\_.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008
        Washington, D.C.