UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY - 1 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HUSSAIN SALEM MOHAMMED )
ALMERFEDI, et al. )
)
*Petitioners*, )
)
v. ) Civil Action No. 05-1645 (PLF)
)
BARACK H. OBAMA, *et al.*, )
)
*Respondents*. )

[PROPOSED] ORDER

Upon consideration of Petitioner's Motion for an Extension of Time, it is hereby

ORDERED that the Motion is granted.

Petitioner's traverse shall be filed on or before May 15, 2009.

SO ORDERED.

*[signature]*

United States District Judge

Date: May 1, 2009