UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUSSAIN SALEM MOHAMMED ALMERFEDI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK H. OBAMA, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-1645 (PLF) |

ORDER

After careful consideration of the parties' papers on the government's motion for reconsideration of this Court's Order of January 26, 2010, and the oral arguments of counsel in court, the Court will GRANT the motion to reconsider [211] in part and DENY it in part. As previously announced, the merits hearing shall go forward as scheduled on March 3, 2010. The government's obligation to search its records and provide discovery shall continue until the conclusion of the hearing and not beyond (unless good cause is shown based on developments at the hearing). If any exculpatory information is discovered at *any time*, however, it must be disclosed to petitioner since respondents have a continuing obligation to disclose such information.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
DATE: March 1, 2010        United States District Judge